

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Walter Byron Sexton,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. 16617.

Vs. No. 11-18-00278-CR

\* September 12, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below.  Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the "Restitution" of "**$180.00**" that was ordered to be paid to the "Texas DPS."   We affirm the judgment as modified.